**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**M. M.,**

    Petitioner,

              CIVIL ACTION NO. 1:26-12854-LTS

  V.


**David Wesling et al.,**

    Respondents.


## ORDER OF DISMISSAL


Sorokin, D. J.


  In accordance with the Court's ELECTRONIC ORDER, Dkt. No. 17, dated July 7, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


         By the Court,


7/7/2026            /s/ Flaviana de Oliveira
 Date             Deputy Clerk